UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BRITISH EUROPEAN & OVERSEAS P & I,

               Plaintiff,        08 Civ. 10877 (JGK)

    - against -          ORDER

JOEN SHIPPING CO., et al.,

               Defendants.
---

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **May 28, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           May 14, 2009

                                    John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-09