UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

BRITISH EUROPEAN & OVERSEAS P&I,

              Plaintiff,        08 Civ. 10877 (JGK)

      - against -            ORDER

JOEN SHIPPING Co. Ltd., et al.,

              Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **June 29, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           May 28, 2009

                                      John G. Koeltl
                                    United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09